**Larry R. HOWARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54119.**

Missouri Court of Appeals,
Western District.

Nov. 18, 1997.

---

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Larry R. Howard appeals the judgment of the circuit court denying his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).